### John D. DESBROW, Sr., Claimant–Appellant,

v.

### Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellant.

No. 04–7156.

United States Court of Appeals, Federal Circuit.

Sept. 2, 2004.

Douglas J. Rosinski, Principal Attorney, Shaw Pittman LLP, Washington, DC, for Claimant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).